FRANCIS M. JENCKS, Respondent, *v.* LIZZIE T. SAALFIELD, Impleaded, etc., Appellant.

APPEAL from order overruling defendant's answer as frivolous and ordering judgment for plaintiff.

*Horwitz & Hershfield* (*E. E. Alexander,* of counsel), for appellant.

*Clarence L. Westcott,* for respondent.

*Per Curiam.* The order should be affirmed, with ten dollars costs and disbursements.

Present: FREEDMAN and GILDERSLEEVE, JJ.
Order affirmed, with ten dollars costs.